# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 17, 2015, the cause upon appeal to revise or reverse your judgment between

Jesus De Los Santos, Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, and Juan De Los Santos, Individually, Appellant

V.

Ford Motor Company and Marco Anthony Soliz, Jr. (Cross-Appellant), Appellee

No. 04-14-00562-CV and Tr. Ct. No. 11-08-50394-CV

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**It is ordered that appellee Ford Motor Company recover its costs of this appeal from appellants Jesus De Los Santos Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, Juan De Los Santos, Individually, and Mark Soliz Jr.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 30, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00562-CV

**Jesus De Los Santos, Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, and Juan De Los Santos, Individually**

**v.**

**Ford Motor Company and Marco Anthony Soliz, Jr. (Cross-Appellant)**

(NO. 11-08-50394-CV IN 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | BRENDAN MCBRIDE |
| MOTION FEE | $15.00 | NOT PAID | BRENDAN K MCBRIDE |
| MOTION FEE | $10.00 | E-PAID | BRENDAN MCBRIDE |
| MOTION FEE | $10.00 | E-PAID | BRENDAN MCBRIDE |
| MOTION FEE | $10.00 | E-PAID | BRENDAN K MCBRIDE |
| EXHIBIT TENDERED FOR ORAL ARGUMENT | $0.00 | UNKNOWN | NO CHARGE |
| REPORTER'S RECORD | $6,500.00 | UNKNOWN | WIGINGTON RUMLEY |
| INDIGENT | $25.00 | E-PAID | DOUBLAS ALLISON |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | DOUBLAS ALLISON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | DOUBLAS ALLISON |
| FILING | $100.00 | E-PAID | DOUBLAS ALLISON |
| CLERK'S RECORD | $508.00 | PAID | |
| FILING | $100.00 | E-PAID | JEFFREY WIGINGTON |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JEFFREY WIGINGTON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JEFFREY WIGINGTON |
| INDIGENT | $25.00 | E-PAID | JEFFREY WIGINGTON |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  $15.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 30, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853